Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM

www.windisability.com
1-888-WIN-SSDI

250 S Clinto[n]
Syracuse, N[Y]

11875 High[way]
Orlando, FL

Telephone:

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/18/2024_

*Document Electronically Filed*                                    September 18, 2024
Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

# MEMO ENDORSED

> Re:     Anes v. O'Malley, Commissioner of Social Security
>         Docket No: 1:24-cv-02577-BCM

Hon. Judge Moses:

This letter respectfully requests an extension of time of fourteen (14) days for Plaintiff to file Plaintiff's Brief in this matter, to October 3, 2024. Plaintiff's Brief is currently due on September 19, 2024; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.  Counsel understands that second extensions are generally disfavored in this jurisdiction, but asserts that this is an extraordinary circumstance.  This is Plaintiff's second request for an extension of time in this matter. On July 26, 2024, this Court granted Plaintiff's first Motion for an Extension of Time (Dkt. No. 11).

Counsel requests this extension due to the unexpected loss of a briefing attorney from Counsel's office.  The briefing attorney's unexpected departure has necessitated a reorganization and rescheduling of the attorneys' briefing schedules. Further, Counsel is unable to reassign this matter to a different briefing attorney in Counsel's office due to the impending filing deadline and multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted defense counsel who kindly consents to this request and has agreed to the below briefing schedule. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below.

If Plaintiff's request is granted, the new briefing schedule would be:

- **Plaintiff's Brief is due on or before October 3, 2024;**
- **Defendant's Brief is due on or before December 2, 2024; and**
- **Plaintiff's Reply Brief, if any, is due on or before December 16, 2024.**

//



250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

Thank you for your consideration.

Respectfully submitted,

*/s/ Howard D. Olinsky*
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Kristina Danielle Cohn, Esq., Attorney for Defendant

Application GRANTED.  No further extensions
will be granted. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 18, 2024**