**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALBA A.,

                      Plaintiff,

    -against-                                        24 **CIVIL** 2577 (GRJ)

## **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated July 18, 2025, Plaintiff's request for judgment on the pleadings is DENIED; the Commissioner's request for judgment on the pleadings is GRANTED; and this case is DISMISSED. Final judgment is entered in favor of the Commissioner; accordingly, the case is closed.

**Dated:**  New York, New York

       July 21, 2025

                                                      **TAMMI M. HELLWIG**
                                                      _____
                                                          **Clerk of Court**

                           **BY:**      *K. Mango*

                                                         _____
                                                          **Deputy Clerk**